**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
vs. ) CR. No. CR 05 106T
) In violation of 18 U.S.C.
) §1349
STACEY WHITAKER )

**INFORMATION**

The United States Attorney charges:

COUNT 1

BANK FRAUD CONSPIRACY

1. At all times relevant to this information, Citizens Bank was a financial institution with its deposits insured by the Federal Deposit Insurance Corporation ("FDIC"), and with branches located in the District of Rhode Island.

2. At all times relevant to this information, defendant STACEY WHITAKER was an employee of Citizens Bank, working as a teller.

3. From on or about November 1, 2003, to on or about January 13, 2004, the exact dates being unknown to the United States, in the District of Rhode Island, the District of Connecticut, and elsewhere, defendant STACEY WHITAKER, and others known and unknown to the United States, devised a scheme and artifice to defraud Citizens Bank, which was a federally-insured financial institution, and to obtain money under the custody and control of that financial

institution, by means of false and fraudulent pretenses, representations, and promises.

4. It was part of this scheme that WHITAKER used her position as a teller to obtain confidential information about accounts held by others at Citizens Bank, for the purpose of identifying accounts with high balances, whose holders might not readily notice if funds were missing.

5. It was further part of this scheme that WHITAKER, after identifying accounts from which funds could be surreptitiously stolen, prepared temporary checks which would be drawn on those accounts.

6. It was further part of this scheme that WHITAKER gave those checks to one of her coconspirators, known only to the United States as "Shawn." Shawn would cause the check to be made payable to a certain person for a certain amount.

7. It was further part of this scheme that Shawn would give the temporary checks to other coconspirators, unknown to the United States, who would negotiate those checks at various Citizens Bank branches.

8. It was further part of this scheme that these other coconspirators, in order to successfully negotiate the checks, used counterfeit driver's licenses which falsely identified them as the payees of the unauthorized temporary checks obtained by WHITAKER.

9. The object of this scheme was for WHITAKER and the other members of the conspiracy to unlawfully obtain money by negotiating

unauthorized temporary checks drawn on accounts at Citizens Bank.

10. WHITAKER and other members of the conspiracy executed the scheme by cashing, and attempting to cash, the fraudulently obtained temporary checks at various Citizens Bank branches. The participants in the scheme thus fraudulently obtained, and attempted to obtain, $28,285.99, more or less.

11. From on or about November 1, 2003, to on or about January 13, 2004, the exact dates being unknown to the United States, in the District of Rhode Island, the District of Connecticut, and elsewhere, defendant STACEY WHITAKER, and others known and unknown to the United States, did knowingly, intentionally and wilfully combine, conspire, confederate and agree together with each other, to commit bank fraud, in violation of 18 U.S.C. §1344.

All in violation of 18 U.S.C. §1349.

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

KENNETH P. MADDEN
First Assistant U.S. Attorney

TERRENCE P. DONNELLY
Assistant U.S. Attorney