AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

STACEY WHITAKER

WAIVER OF INDICTMENT

CASE NUMBER: CR 05 106T

I, STACEY WHITAKER, the above named defendant, who is accused of Bank Fraud Conspiracy, in violation of 18 U.S.C. Section 1349

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10-6-05 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

STACEY WHITAKER
*Defendant*

EDWARD C. ROY, ESQ.
*Counsel for Defendant*

Before
*Judicial Officer*

This form was electronically produced by Elite Federal Forms, Inc.