UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-CR-106T |
| | ) | |
| STACEY WHITAKER | ) | |

---

MOTION FOR CONTINUANCE OF SENTENCING

Now comes the defendant Stacey Whitaker, by and through her counsel, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for February 24, 2006 to the Court's next available date.

In support of this motion, defense counsel submits that he has a petition for excusal pending with the Court requesting to be excused for a family vacation from February 22 through and including February 24, 2006.

AUSA Terrence Donnelly has indicated that the government has no objection to the granting of this motion.

Respectfully submitted
Stacey Whitaker
By her attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of this motion to Terrence Donnelly, Assistant United States Attorney; United States Probation Office, on the 12th day of January, 2006.